IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-79,652-01






EX PARTE LUIS ARTURO GOVEA, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. F-1157787-S IN THE 282ND DISTRICT COURT


FROM DALLAS COUNTY






 Per curiam.


O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated
robbery and sentenced to thirty-five years' imprisonment. 

 On remand, the trial court entered findings of fact and conclusions of law recommending that
Applicant's ineffective assistance of counsel claims be denied. After a review of the record and the
findings, we agree that Applicant's ineffective assistance of counsel claims are without merit. 
Therefore, we deny relief.

 Applicant's claim for pre-sentence jail time credit is dismissed. Ex parte Ybarra, 149
S.W.3d 147, 148-49 (Tex. Crim. App. 2004); Ex parte Florence, 319 S.W.3d 695 (Tex. Crim. App.
2010). 

DELIVERED: February 5, 2014

DO NOT PUBLISH